AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

4209 New Hampshire Avenue, NW
Washington, DC

**FILED**

**MAY 2 5 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
(Further described below)

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:

**05 - 0 3 1 2 M - 0 1**

I ___Randolph Bottenus___ being duly sworn depose and say:

I am a(n)___Task Force Officer with the United States Secret Service___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
Attachment B

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
See Attachment A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence, fruits and instrumentalities of alleged crime(s)

concerning a violation of Title _18_ United States Code, Section(s) _§ 471_ . The facts to support a finding of Probable
Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Robert Bowman
Fraud and Public Corruption Section
(202) 202 353 2877

Signature of Affiant
Randolph Bottenus,  Task Force Officer
United States Secret Service

Sworn to before me, and subscribed in my presence

**MAY 2 5 2005**
Date
U.S. Magistrate Judge

at Washington, D.C.

Name and Title of Judicial Officer

Signature of Judicial Officer